# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH BREWINGTON, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL D. KLOPOTOSKI, *et al.*, | : | No. 09-3133 |
| Respondents. | : | |
| | : | |

## O R D E R

AND NOW, this 6th day of July, 2010, upon consideration of the petition for writ of habeas corpus (paper no. 1), the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter (paper no. 13), and petitioner's objections thereto (paper no. 16), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's objections to the Report and Recommendation are **OVERRULED**.

3. The petition for writ of habeas corpus is **DENIED**.

4. There is no basis for the issuance of a certificate of appealability.

5. The Clerk of Court shall mark this action **CLOSED**.

/s/ Norma L. Shapiro
　　　　　　　　　　　　　J.