IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BREWINGTON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | No. 09-3133 |
| **MICHAEL D. KLOPOTOSKI, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | |

## ORDER

AND NOW, this 29th day of March, 2012, upon consideration of the Keith Brewington motion for equitable relief under Federal Rule of Civil Procedure 60(b), it is **ORDERED** that the "Motion for Equitable Relief in the Exercise of this Court's Inherent Article III Powers and/or for Releif from Judgment" (paper no. 24) is **DENIED** with prejudice.

                                                          __/s/ Norma L. Shapiro_____
                                                                         J.