IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH BREWINGTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 09-3133 |
| MICHAEL D. KLOPOTOSKI, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : : : | |

## ORDER

AND NOW, this 29th day of August, 2012, upon consideration of the Keith Brewington motion for reconsideration, and for the reasons stated in the attached Memorandum of today's date, it is **ORDERED** that the "Traverse / Response / and Objections" (paper no. 31) is **DENIED**.

/s/ Norma L. Shpairo
J.