### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BREWINGTON** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **No. 09-3133** |
| **MICHAEL D. KLOPOTOSKI, THE** | : | |
| **DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF PHILADELPHIA, and** | : | |
| **THE ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | |

### <u>ORDER</u>

AND NOW, this 29th day of August, 2012, upon consideration of the Keith Brewington motion for reconsideration, and for the reasons stated in the attached Memorandum of today's date, it is **ORDERED** that the "Traverse / Response / and Objections" (paper no. 31) is **DENIED**.

 /s/ Norma L. Shpairo          
J.